IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA ELEVARIO, as Personal Representative of the Wrongful Death Estate of XAVIER DEL VAL, and as parent an next friend of XANDRIA ELEVARIO,

Plaintiffs,

v. No. 1:10-CV-0015 RB/WDS

SERGIO HERNANDEZ, *et al*.,

Defendants.

**STIPULATED ORDER GRANTING MOTION TO EXTEND DEFENDANTS SCOTT ALAN JOSEPH, M.D. AND CYNTHIA EL AWAR'S DEPOSITION DEADLINES**

THIS MATTER coming before the Court on the Joint Motion to Extend the discovery deadline as to the depositions of defendants Scott Alan Joseph, M.D. and Cynthia El Awar, the Court having considered the Motion finds the Motion is well taken.

IT IS THEREFORE ORDERED that the deadline for discovery as to the taking of Dr. Joseph's and Nurse El Awar's depositions is extending from July 14, 2011 to July 31, 2011 and that the deadline for filing motions related to discovery has been extended from July 18, 2011 to August 5, 2011.

W. DANIEL SCHNEIDER
United States Magistrate Judge

SUBMITTED BY:

HAWK LAW, P.A.

*/s/ Sharon Hawk*
Sharon Hawk

P.O. Box 1338
Placitas, NM 87043
(505) 86707483

APPROVED BY:

ALLEN, SHEPHERD, LEWIS, SYRA
& CHAPMAN, P.A.

*E.W. Shepherd* *- electronic approval 7/11/11*
E. W. Shepherd
P.O. Box 94750
Albuquerque, NM 87199-4750
(505) 341-0110